# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MR. AND MRS. DOE, individually and as parents and next friends of JANE DOE, a minor,<br><br>Plaintiff(s),<br><br>v.<br><br>CAPE ELIZABETH SCHOOL DEPARTMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:13-cv-407-JDL<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER

The United States Magistrate Judge entered his Order on Motion to Permit Submission of Additional Evidence (ECF No. 18) on June 30, 2014, pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a). The Plaintiffs filed a partial objection of the Magistrate Judge's ruling on July 11, 2014. (ECF No. 19.) The Defendant filed its response to the Plaintiffs' objection on July 24, 2014. (ECF No. 22.)

I have reviewed and considered the Magistrate Judge's Order. I concur with the Magistrate Judge's Order because it is neither clearly erroneous nor contrary to law. Accordingly, the Plaintiffs' motion for leave to permit presentation of additional evidence is **GRANTED** as to the declaration of Mrs. Doe, with the exception of paragraphs 7-15, and otherwise **DENIED**.

SO ORDERED.

                                                                                           /s/Jon D.Levy
                                                                          **United States District Judge**

Dated this 7th day of August, 2014.